

NUMBER 13-12-00225-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LUIS GARCIA,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

**On appeal from the 357th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Perkes
Memorandum Opinion Per Curiam**

Appellant, Luis Garcia, attempts to appeal his conviction for driving while intoxicated. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal," and "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On August 20, 2012, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

Appellant's counsel failed respond to the order and on October 16, 2012, this Court abated the appeal and remanded to the trial court for a hearing to determine why counsel failed to comply with this Court's order. The trial court held a hearing on November 28, 2012. Counsel's statements at the hearing do not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal. On June 24, 2013, the trial court issued an order stating that appellant entered into an agreed plea bargain, was sentenced to the terms of the plea agreement, and does not have the right to appeal. Accordingly, this case is hereby REINSTATED.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED. Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of July, 2013.